# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 2:09-BK-64850-CMC |
| | § | |
| LPN Healthcare Facility Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

William B. Logan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,611,835.03 | | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,711,280.38 | | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,112,272.89 | | | |

3)        Total gross receipts of $3,018,365.38  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $194,812.11 (see **Exhibit 2**), yielded net receipts of $2,823,553.27 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,625,000.00 | $1,591,627.63 | $768,385.32 | $544,758.25 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $868,526.38 | $760,569.78 | $761,916.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $582,630.00 | $350,356.09 | $350,356.09 |
| Priority Unsecured Claims (From **Exhibit 6**) | $782,596.77 | $2,447,732.47 | $1,571,600.17 | $1,166,522.13 |
| General Unsecured Claims (from **Exhibit 7**) | $2,300,761.53 | $2,826,661.32 | $2,220,785.86 | $0.00 |
| **Total Disbursements** | $4,708,358.30 | $8,317,177.80 | $5,671,697.22 | $2,823,553.27 |

4). This case was originally filed under chapter 11 on 12/21/2009. The case was converted to one under Chapter 7 on 02/21/2012. The case was pending for 82 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/18/2019                    By:    /s/ William B. Logan
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Account Receivable Purchased by Autum Health Care | 1221-000 | $142,648.76 |
| Escrow account from sale of business | 1229-000 | $258,103.57 |
| Refund of Overpayment of Chapter 11 Fees | 1229-000 | $13,000.00 |
| Refund of Prepetition Fees by Si Digman | 1229-000 | $2,000.00 |
| Bricker Settlement | 1249-000 | $65,000.00 |
| Digman Settlement (Docket #596/603) | 1249-000 | $250,000.00 |
| Opening of account | 1249-000 | $164,456.30 |
| interest | 1270-000 | $0.45 |
| interest | 1270-000 | $2.14 |
| interest | 1270-000 | $11.93 |
| interest | 1270-000 | $12.49 |
| interest | 1270-000 | $13.83 |
| interest | 1270-000 | $14.27 |
| Balance forward | 1290-000 | $18.00 |
| Balance Forward | 1290-000 | $52,689.82 |
| Balance Forward | 1290-000 | $1,234,904.82 |
| Johnson Settlement | 1290-000 | $835,489.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,018,365.38** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Autumn Health Care, LLC | Funds to Third Parties | 8500-000 | $194,812.11 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$194,812.11** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $884.09 | $884.09 | $884.09 |
| 14 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $464.61 | $0.00 | $0.00 |

| 15 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $249.97 | $249.97 | $249.97 |
|---|---|---|---|---|---|---|
| 16 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $269,700.28 | $269,700.28 | $269,700.28 |
| 17 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $1,043.57 | $1,043.57 | $1,043.57 |
| 18 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $225.99 | $225.99 | $225.99 |
| 19 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $111,060.92 | $111,060.92 | $111,060.92 |
| 20 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $10,960.01 | $10,960.01 | $10,960.01 |
| 23 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $441.41 | $441.41 | $441.41 |
| 24 | Ohio Bureau of Worker's Compensatio | 4800-000 | $0.00 | $192.01 | $192.01 | $192.01 |
| 33 | Peoples Bank, National Association | 4110-000 | $0.00 | $822,777.70 | $0.00 | $0.00 |
| 46 | Thera Trust Inc. | 4220-000 | $0.00 | $50,000.00 | $50,000.00 | $50,000.00 |
| 66 | Autumn Care Center Llc | 4110-000 | $0.00 | $323,627.07 | $323,627.07 | $100,000.00 |
| | Ohio Department of Job and Family | 4110-000 | $900,000.00 | $0.00 | $0.00 | $0.00 |
| | Ohio Department of Job and Family | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ohio Department of Job and Family | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Bank National Association | 4110-000 | $725,000.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Bank National Association | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Bank National Association | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Bank National Association | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,625,000.00 | $1,591,627.63 | $768,385.32 | $544,758.25 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William B. Logan, Jr., Trustee | 2100-000 | NA | $215,913.20 | $107,956.60 | $107,956.60 |
| William B. Logan, Jr., Trustee | 2200-000 | NA | $903.17 | $903.17 | $903.17 |
| Insurance Partners Agency Inc. | 2300-000 | NA | $3,218.71 | $3,218.71 | $3,218.71 |
| MRSC Insurance | 2300-000 | NA | $1,232.29 | $1,232.29 | $1,232.29 |
| Bank of Kansas City | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Park National Bank | 2600-000 | NA | $18.65 | $18.65 | $18.65 |
| United States Bankruptcy Court Cler | 2700-000 | NA | $586.00 | $586.00 | $586.00 |
| PAYX-PIA-WC Premium | 2990-000 | NA | $418.06 | $418.06 | $418.06 |
| Small Business ICPAYMENT | 2990-000 | NA | $89.76 | $89.76 | $89.76 |
| Luper Neidenthal & Logan, Attorney for Trustee | 3110-000 | NA | $493,327.75 | $493,327.75 | $493,327.75 |
| Luper Neidenthal & Logan, Attorney for Trustee | 3120-000 | NA | $8,226.64 | $8,226.64 | $9,573.66 |
| Beth Savage and GBQ Partners, Accountant for Trustee | 3410-000 | NA | $97,479.00 | $97,479.00 | $97,479.00 |
| GBQ Partner, Accountant for Trustee | 3410-000 | NA | $46,913.50 | $46,913.50 | $46,913.50 |
| Beth Savage and GBQ Partners, Accountant for Trustee | 3420-000 | NA | $109.65 | $109.65 | $109.65 |
| GBQ Partners, Accountant for Trustee | 3420-000 | NA | $90.00 | $90.00 | $90.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $868,526.38 | $760,569.78 | $761,916.80 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alliance Rehab - SRA, Other Prior Chapter Administrative | 6990-000 | NA | $27,589.17 | $27,589.17 | $27,589.17 |
| Care Equip, Llc Dba Northside Pharm  e Equip, Llc Dba | 6990-000 | NA | $214,003.79 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Northside Pharm. | | | | | |
| Centers For Medicare & Medicaid Ser, Other Prior Chapter Administrative | 6990-000 | NA | $98,097.28 | $65,811.04 | $65,811.04 |
| Ohio Department Of Job And Family S, Other Prior Chapter Administrative | 6990-000 | NA | $242,327.93 | $231,955.88 | $231,955.88 |
| Professionals Prn, Llc Dba Northsid fessionals Prn, Llc Dba Northside, Other Prior Chapter Administrative | 6990-000 | NA | $611.83 | $25,000.00 | $25,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $582,630.00 | $350,356.09 | $350,356.09 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | $350,000.00 | $1,386,201.41 | $780,231.97 | $780,231.97 |
| 9 | Ohio Department Of Taxation | 5800-000 | $61,266.08 | $125,853.29 | $97,860.26 | $47,768.48 |
| 12A | Ohio Department Of Taxation | 5800-000 | $61,266.08 | $66,141.14 | $55,723.94 | $27,200.50 |
| 41 | Ohio Department Of Job And Family S | 5800-000 | $0.00 | $147,611.59 | $139,793.24 | $68,237.20 |
| 42 | Ohio Bureau Of Workers Compensation | 5800-000 | $310,064.61 | $127,990.33 | $127,990.33 | $62,475.86 |
| 45 | Ohio Department Of Taxation | 5800-000 | $0.00 | $211,312.48 | $211,312.48 | $103,147.85 |
| 54 | Ohio Department Of Job And Family S | 5800-000 | $0.00 | $152,435.16 | $0.00 | $0.00 |
| 55 | Department Of The Treasury-IRS | 5800-000 | $0.00 | $672.46 | $672.46 | $0.00 |
| 60 | Ohio Department Of Taxation | 5800-000 | $0.00 | $131,126.43 | $92,534.27 | $45,168.71 |
| 62 | Ohio Department Of Taxation | 5800-000 | $0.00 | $98,388.18 | $65,481.22 | $31,963.31 |
| | CLERK, U.S. BANKRUPTCY COURT | 5800-001 | $0.00 | $0.00 | $0.00 | $328.25 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $782,596.77 | $2,447,732.47 | $1,571,600.17 | $1,166,522. |

| | 13 |
|---|---|

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aicco Inc | 7100-000 | $0.00 | $7,866.94 | $7,866.94 | $0.00 |
| 2 | Spooner | 7100-000 | $1,001.00 | $1,119.00 | $1,119.00 | $0.00 |
| 3 | Quench Usa | 7100-000 | $573.68 | $5,136.73 | $5,136.73 | $0.00 |
| 4 | Rehab Right | 7100-000 | $225.00 | $225.00 | $225.00 | $0.00 |
| 6 | Medline Industries Inc | 7100-000 | $14,823.42 | $12,616.57 | $12,616.57 | $0.00 |
| 7 | State Industrial Products | 7100-000 | $603.80 | $603.80 | $603.80 | $0.00 |
| 8 | HP Products | 7100-000 | $1,401.28 | $1,401.28 | $1,401.28 | $0.00 |
| 9A | Ohio Department Of Taxation | 7400-000 | $61,266.08 | $125,853.29 | $27,993.03 | $0.00 |
| 10 | ICP, Inc | 7100-000 | $73,568.00 | $76,556.80 | $76,556.80 | $0.00 |
| 11 | Mobile X Usa | 7100-000 | $2,733.00 | $3,544.77 | $3,544.77 | $0.00 |
| 12 | Ohio Department Of Taxation | 7400-000 | $0.00 | $66,141.14 | $10,417.20 | $0.00 |
| 21 | Ohio Bureau of Worker's Compensatio | 7100-000 | $0.00 | $120.00 | $0.00 | $0.00 |
| 22 | Ohio Bureau of Worker's Compensatio | 7100-000 | $0.00 | $412.32 | $0.00 | $0.00 |
| 25 | Ohio Bureau of Worker's Compensatio | 7100-000 | $0.00 | $744.07 | $0.00 | $0.00 |
| 26 | Ohio Bureau of Worker's Compensatio | 7100-000 | $0.00 | $101.12 | $0.00 | $0.00 |
| 27 | Ohio Bureau of Worker's Compensatio | 7100-000 | $0.00 | $435.00 | $0.00 | $0.00 |
| 28 | Ohio Bureau of Worker's Compensatio | 7100-000 | $0.00 | $180.00 | $0.00 | $0.00 |
| 29 | Courtesy Ambulance Inc. | 7100-000 | $27.92 | $267.91 | $267.91 | $0.00 |
| 30 | American Express Bank Fsb | 7100-000 | $0.00 | $929.13 | $929.13 | $0.00 |
| 31 | American Express Bank Fsb | 7100-000 | $0.00 | $19,299.88 | $19,299.88 | $0.00 |
| 32 | American Express Bank Fsb | 7100-000 | $0.00 | $10,379.20 | $10,379.20 | $0.00 |
| 34 | Ecolab Inc | 7100-000 | $1,894.30 | $1,755.80 | $1,755.80 | $0.00 |

| 35 | Protection One | 7100-000 | $1,680.12 | $1,824.83 | $1,824.83 | $0.00 |
|---|---|---|---|---|---|---|
| 36 | Ohio Department Of Commerce | 7100-000 | $0.00 | $248.71 | $248.71 | $0.00 |
| 37 | Avalon Foodservice | 7100-000 | $39,744.28 | $28,178.55 | $28,178.55 | $0.00 |
| 38 | Medcorp Ems South Llc | 7100-000 | $3,360.00 | $9,889.64 | $9,889.64 | $0.00 |
| 39 | NCS Healthcare Of Ohio | 7100-000 | $0.00 | $20,776.73 | $20,776.73 | $0.00 |
| 40 | Alliance Rehab - SRA | 7100-000 | $291,143.54 | $413,445.94 | $413,445.94 | $0.00 |
| 41A | Ohio Department Of Job And Family S | 7400-000 | $0.00 | $147,611.59 | $7,763.49 | $0.00 |
| 43 | Recovery Management Systems Corpora | 7100-000 | $0.00 | $241.95 | $241.95 | $0.00 |
| 44 | Oce Imagistics | 7100-000 | $2,673.83 | $4,027.66 | $4,027.66 | $0.00 |
| 46A | Thera Trust Inc. | 7100-000 | $485,635.00 | $477,300.11 | $477,300.11 | $0.00 |
| 49 | Professionals Prn, Llc Dba Northsid fessionals Prn, Llc Dba Northside | 7100-000 | $0.00 | $5,779.29 | $5,779.29 | $0.00 |
| 50 | Ohio Department Of Job And Family S | 7100-000 | $0.00 | $458,053.28 | $458,053.28 | $0.00 |
| 51 | Ohio Department Of Job And Family S | 7100-000 | $0.00 | $44,803.51 | $44,803.51 | $0.00 |
| 52 | LPN Healthcare Facility | 7100-000 | $0.00 | $8,574.00 | $8,574.00 | $0.00 |
| 53 | Pitney Bowes Inc | 7100-000 | $714.74 | $1,103.06 | $1,103.06 | $0.00 |
| 54A | Ohio Department Of Job And Family S | 7100-000 | $0.00 | $152,435.16 | $0.00 | $0.00 |
| 56 | General Electric Capital Corporatio | 7100-000 | $0.00 | $14,166.14 | $14,166.14 | $0.00 |
| 57 | General Electric Capital Corp | 7100-000 | $0.00 | $12,060.40 | $12,060.40 | $0.00 |
| 59 | ICP, Inc. | 7100-000 | $73,568.00 | $76,556.80 | $76,556.80 | $0.00 |
| 60A | Ohio Department Of Taxation | 7400-000 | $0.00 | $131,126.43 | $38,592.16 | $0.00 |
| 62A | Ohio Department Of Taxation | 7400-000 | $0.00 | $98,388.18 | $32,906.96 | $0.00 |
| 64 | Ohio Department Of Job And Family S | 7100-000 | $0.00 | $63,524.76 | $63,524.76 | $0.00 |
| 68 | Michael Johnson | 7100-000 | $370,425.58 | $320,854.85 | $320,854.85 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Amateur Sports Promotion | 7100-000 | $698.00 | $0.00 | $0.00 | $0.00 |
| American Electric Power | 7100-000 | $14,383.12 | $0.00 | $0.00 | $0.00 |
| American Health Care Supply | 7100-000 | $422.00 | $0.00 | $0.00 | $0.00 |
| Assurant Health | 7100-000 | $10,062.46 | $0.00 | $0.00 | $0.00 |
| Big O Refuse | 7100-000 | $1,048.56 | $0.00 | $0.00 | $0.00 |
| Carmen's Distribution Systems | 7100-000 | $61.80 | $0.00 | $0.00 | $0.00 |
| Central Ohio Geriatrics | 7100-000 | $3,080.00 | $0.00 | $0.00 | $0.00 |
| Dave's Electric | 7100-000 | $64.20 | $0.00 | $0.00 | $0.00 |
| EcoLab Food Safety | 7100-000 | $64.17 | $0.00 | $0.00 | $0.00 |
| Enformix | 7100-000 | $980.00 | $0.00 | $0.00 | $0.00 |
| Gentry Fire Protection | 7100-000 | $1,177.01 | $0.00 | $0.00 | $0.00 |
| Grainger | 7100-000 | $48.62 | $0.00 | $0.00 | $0.00 |
| Gutridge Plumbing | 7100-000 | $1,216.20 | $0.00 | $0.00 | $0.00 |
| HD Supply | 7100-000 | $34.22 | $0.00 | $0.00 | $0.00 |
| Houston Plumbing & Heating Inc. | 7100-000 | $457.36 | $0.00 | $0.00 | $0.00 |
| IVANS | 7100-000 | $69.12 | $0.00 | $0.00 | $0.00 |
| Kilbourne Medical Laboratory | 7100-000 | $3,772.65 | $0.00 | $0.00 | $0.00 |
| Land & Wheels | 7100-000 | $10.38 | $0.00 | $0.00 | $0.00 |
| Local Insight Yellow Pages | 7100-000 | $2,373.09 | $0.00 | $0.00 | $0.00 |
| Luikart Heating & Plumbing | 7100-000 | $112.00 | $0.00 | $0.00 | $0.00 |
| MedaSTAT | 7100-000 | $3,028.00 | $0.00 | $0.00 | $0.00 |
| MedCorp. Education & Training | 7100-000 | $405.00 | $0.00 | $0.00 | $0.00 |
| MediMizer | 7100-000 | $13.25 | $0.00 | $0.00 | $0.00 |
| Northside Home Infusion | 7100-000 | $12,730.87 | $0.00 | $0.00 | $0.00 |
| Northside Pharmacy | 7100-000 | $107,471.99 | $0.00 | $0.00 | $0.00 |
| OFSI | 7100-000 | $2,071.10 | $0.00 | $0.00 | $0.00 |
| Ohio Department of Aging | 7100-000 | $606.00 | $0.00 | $0.00 | $0.00 |
| Ohio Health | 7100-000 | $606.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Consortium | | | | | |
| | Paisley's Rental Inc. | 7100-000 | $234.55 | $0.00 | $0.00 | $0.00 |
| | Sara Johnson | 7100-000 | $700,000.00 | $0.00 | $0.00 | $0.00 |
| | Stericycle Inc. | 7100-000 | $444.05 | $0.00 | $0.00 | $0.00 |
| | Swift Maintenance Products | 7100-000 | $266.80 | $0.00 | $0.00 | $0.00 |
| | Time Warner Cable Media Sales | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| | WalMart Business | 7100-000 | $615.05 | $0.00 | $0.00 | $0.00 |
| | Windstream | 7100-000 | $4,421.34 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,300,761.53 | $2,826,661.32 | $2,220,785.86 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1              Exhibit 8

| Case No.: | 09-64850-CMC | Trustee Name: | William B. Logan, Jr. |
| Case Name: | LPN Healthcare Facility Inc. | Date Filed (f) or Converted (c): | 02/21/2012 (c) |
| For the Period Ending: | 3/18/2019 | §341(a) Meeting Date: | 03/29/2012 |
| | | Claims Bar Date: | 06/27/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | The Sum Of $319,600 Is On Deposit In The Trust Acc | $319,600.00 | $0.00 | | $0.00 | FA |
| 2 | Park National Bank Checking Account | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 3 | Funds Garnished Prepetition From The Debtor's Bank | $34,833.21 | $34,833.21 | | $0.00 | FA |
| 4 | Medicaid Accounts Receivable | $100,231.89 | $0.00 | | $0.00 | FA |
| 5 | Unbilled Medicaid Services | $10,273.11 | $10,273.11 | | $0.00 | FA |
| 6 | Medicare Accounts Receivable | $86,396.82 | $86,396.82 | | $0.00 | FA |
| 7 | Private Payment Accounts Receivable | $8,000.00 | $8,000.00 | | $0.00 | FA |
| 8 | 80 Bed Licenses | $2,000,000.00 | $2,000,000.00 | | $0.00 | FA |
| 9 | Furnishings, Fixtures And Equipment | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 10 | Cash balance transfer from Chapter 11 to Chapter 7 (u) | $0.00 | $1,287,612.64 | | $0.00 | FA |
| 11 | Interest from Park National Bank (u) | $0.00 | $55.11 | | $0.00 | FA |
| 12 | Account Receivable Purchased by Autum Health Care (u) | Unknown | $142,648.76 | | $142,648.76 | FA |
| 13 | Refund of Overpayment of Chapter 11 Fees (u) | Unknown | $13,000.00 | | $13,000.00 | FA |
| 14 | Refund of Prepetition Fees by Si Digman (u) | Unknown | $2,000.00 | | $2,000.00 | FA |
| 15 | Damages to be Assessed against Michael Johnson (u) | Unknown | $164,456.30 | | $0.00 | FA |
| 16 | Digman Settlement (Docket #596/603) (u) | $0.00 | $250,000.00 | | $250,000.00 | FA |
| 17 | Bricker Settlement (u) | $0.00 | $65,000.00 | | $65,000.00 | FA |
| 18 | Escrow account from sale of business (u) | $258,103.57 | $258,103.57 | | $258,103.57 | FA |
| 19 | Johnson Settlement (u) | $0.00 | $1,000,000.00 | | $835,489.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | Unknown | | $0.00 | FA |

TOTALS (Excluding unknown value)                                                                                      Gross Value of Remaining Assets

$2,869,938.60          $5,374,879.52                      $1,566,241.33          $0.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    2        Exhibit 8

| Case No.: | 09-64850-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | Date Filed (f) or Converted (c): | 02/21/2012 (c) |
| For the Period Ending: | 3/18/2019 | §341(a) Meeting Date: | 03/29/2012 |
| | | Claims Bar Date: | 06/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

12/20/2018    Submitted corrected TDR along with explanations for questions asked by UST.  tsoma

12/06/2018    TDR was submitted on 5/14/18.  There were a number of issues/corrections needed as a result of Trustee's conversion to new software after the TFR was approved.  Trustee is working
            with UST and his software provider to resolve these issues.

05/14/2018    TDR submitted to UST for review and approval.

Initial Projected Date Of Final Report (TFR):    12/31/2014        Current Projected Date Of Final Report (TFR):    05/17/2017        /s/ WILLIAM B. LOGAN, JR.

                                                                                                    WILLIAM B. LOGAN, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-64850-CMC | | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | | Bank Name: | Park National Bank |
| Primary Taxpayer ID #: | **-***4713 | | Checking Acct #: | ******4717 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/21/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | ( 12) | Deposit | Deposit by John Ghiloni | 1221-000 | $6,427.76 | | $6,427.76 |
| 02/22/2012 | | Balance Forward | Cash balance transfer from Chapter 11 to Chapter 7 | 1290-000 | $52,689.82 | | $59,117.58 |
| 02/24/2012 | | PAYX-PIA-WC Premium | Chase ACH debit made by John Ghiloni 0000015789565 | 2990-000 | | $418.06 | $58,699.52 |
| 02/29/2012 | ( 12) | Deposit | Deposit by John Ghiloni | 1221-000 | $58,320.00 | | $117,019.52 |
| 02/29/2012 | ( 12) | Deposit | Deposit by John Ghiloni | 1221-000 | $60,000.00 | | $177,019.52 |
| 02/29/2012 | | Park National Bank | Bank Service Charge | 2600-000 | | $18.54 | $177,000.98 |
| 03/06/2012 | | Small Business ICPAYMENT | Chase ACH debit made by John Ghiloni 00450043705001 | 2990-000 | | $89.76 | $176,911.22 |
| 06/04/2012 | ( 12) | Licking Metropol Happmt | Deposit by John Ghiloni | 1221-000 | $4,516.00 | | $181,427.22 |
| 07/06/2012 | ( 12) | Licking Metropol Happmt | Deposit by John Ghiloni | 1221-000 | $4,528.00 | | $185,955.22 |
| 08/02/2012 | ( 12) | Licking Metropol Happmt | Deposit by John Ghiloni | 1221-000 | $4,441.00 | | $190,396.22 |
| 09/05/2012 | ( 12) | Licking Metropol Happmt | Deposit by John Ghiloni | 1221-000 | $4,416.00 | | $194,812.22 |
| 10/31/2012 | | Park National Bank | Bank service charge | 2600-000 | | $0.11 | $194,812.11 |
| 11/09/2012 | ( 12) | Licking Metropol Happmt | Reversal 11/09/12: Should have been a deposit.  SUE CHAFIN | 1290-000 | ($4,516.00) | | $190,296.11 |
| 11/09/2012 | ( 12) | Licking Metropol Happmt | credit on 6/4/12 | 1290-000 | $4,516.00 | | $194,812.11 |
| 11/09/2012 | 54515 | Estate of LPN Healthcare Facility I | Transfer by check | 9999-000 | | $194,812.11 | $0.00 |
| | | | **SUBTOTALS** | | $195,338.58 | $195,338.58 | |

Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-64850-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | Bank Name: | Park National Bank |
| Primary Taxpayer ID #: | **-***4713 | Checking Acct #: | ******4717 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/21/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $195,338.58 | $195,338.58 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $194,812.11 | |
| | | | Subtotal | | $195,338.58 | $526.47 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $195,338.58 | $526.47 | |

| For the period of 12/21/2009 to 3/18/2019 | | For the entire history of the account between 05/14/2012 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $195,338.58 | Total Compensable Receipts: | $195,338.58 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $195,338.58 | Total Comp/Non Comp Receipts: | $195,338.58 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $526.47 | Total Compensable Disbursements: | $526.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $526.47 | Total Comp/Non Comp Disbursements: | $526.47 |
| Total Internal/Transfer Disbursements: | $194,812.11 | Total Internal/Transfer Disbursements: | $194,812.11 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-64850-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | Bank Name: | Park National Bank |
| Primary Taxpayer ID #: | **-***4713 | Checking Acct #: | ******7468 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/21/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2012 | | Balance Forward | Cash balance transfer from Chapter 11 to Chapter 7 | 1290-000 | $1,234,904.82 | | $1,234,904.82 |
| 04/06/2012 | ( 13) | US Trustee | Refund of Overpayment of Chapter 11 Fees | 1229-000 | $13,000.00 | | $1,247,904.82 |
| 05/31/2012 | ( 19) | Thera Trust Inc. | Per court order Reversal 11/09/12: Should have been a check, not a deposit. SUE CHAFIN | 1290-000 | ($50,000.00) | | $1,197,904.82 |
| 05/31/2012 | ( 19) | Thera Trust Inc. | Per court order | 1290-000 | $50,000.00 | | $1,247,904.82 |
| 05/31/2012 | 54402 | Thera Trust Inc. | Per court order, docket 424 Payable to Thera Trust Inc. | 4220-000 | | $50,000.00 | $1,197,904.82 |
| 08/03/2012 | ( 14) | deposit | Refund from Si Digman, pre-petition fees received 1/2010 | 1229-000 | $2,000.00 | | $1,199,904.82 |
| 09/18/2012 | 54533 | GBQ Partner | Per court order | 3410-000 | | $10,000.00 | $1,189,904.82 |
| 11/09/2012 | 54515 | Estate of LPN Healthcare Facility I | Transfer by check | 9999-000 | | $1,189,904.82 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $1,249,904.82 | $1,249,904.82 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,189,904.82 | |
| | | | **Subtotal** | | $1,249,904.82 | $60,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,249,904.82 | $60,000.00 | |

| For the period of 12/21/2009 to 3/18/2019 | | For the entire history of the account between 05/14/2012 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,249,904.82 | Total Compensable Receipts: | $1,249,904.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,249,904.82 | Total Comp/Non Comp Receipts: | $1,249,904.82 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $60,000.00 | Total Compensable Disbursements: | $60,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60,000.00 | Total Comp/Non Comp Disbursements: | $60,000.00 |
| Total Internal/Transfer Disbursements: | $1,189,904.82 | Total Internal/Transfer Disbursements: | $1,189,904.82 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-64850-CMC | | | **Trustee Name:** | William B. Logan, Jr. | |
| **Case Name:** | LPN Healthcare Facility Inc. | | | **Bank Name:** | BOK Financial | |
| **Primary Taxpayer ID #:** | **-***4713 | | | **Checking Acct #:** | ******0128 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | General Account | |
| **For Period Beginning:** | 12/21/2009 | | | **Blanket bond (per case limit):** | $2,000,000.00 | |
| **For Period Ending:** | 3/18/2019 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/09/2012 | | Estate of LPN Healthcare Facility I | Transfer by deposit (Park National Bank check no. 05451535) | 9999-000 | $18.00 | | $18.00 |
| 11/09/2012 | | Estate of LPN Healthcare Facility I | Transfer by deposit (Park National Bank check no. 05451536) | 9999-000 | $1,189,904.82 | | $1,189,922.82 |
| 12/14/2012 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $790.03 | $1,189,132.79 |
| 12/19/2012 | 1001 | MRSC Insurance | Invoice No. 86619 | 2300-000 | | $1,232.29 | $1,187,900.50 |
| 01/16/2013 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,360.08 | $1,186,540.42 |
| 04/30/2013 | 1002 | Luper Neidenthal & Logan | 4/26/13 Order (Doc. 544) | 3110-000 | | $138,928.50 | $1,047,611.92 |
| 04/30/2013 | 1003 | Luper Neidenthal & Logan | 4/26/13 Order (Doc. 544) | 3120-000 | | $2,776.42 | $1,044,835.50 |
| 04/30/2013 | 1004 | Beth Savage and GBQ Partners | 4/26/13 Order (Doc. 545) | 3410-000 | | $69,174.50 | $975,661.00 |
| 04/30/2013 | 1005 | Beth Savage and GBQ Partners | 4/26/13 Order (Doc. 545) | 3420-000 | | $56.00 | $975,605.00 |
| 05/01/2013 | | Bank of Kansas City | Bank Service Charge Refund refund of 12/14/12 bank service charges | 2600-000 | | ($790.03) | $976,395.03 |
| 05/01/2013 | | Bank of Kansas City | Bank Service Charge Refund Refund of 1/16/13 bank service charge | 2600-000 | | ($1,360.08) | $977,755.11 |
| 08/21/2013 | 1006 | Luper Neidenthal & Logan | Per 8/20/13 court order | 3110-000 | | $81,469.50 | $896,285.61 |
| 08/21/2013 | 1007 | Luper Neidenthal & Logan | Per 8/20/13 court order | 3120-000 | | $1,215.17 | $895,070.44 |
| 08/21/2013 | 1008 | Beth Savage and GBQ Partners | Per 8/20/13 court order | 3410-000 | | $28,304.50 | $866,765.94 |
| 08/21/2013 | 1009 | Beth Savage and GBQ Partners | Per 8/20/13 court order | 3420-000 | | $53.65 | $866,712.29 |
| 12/13/2013 | 1010 | Insurance Partners Agency Inc. | 2013-2014 Bond | 2300-000 | | $1,068.49 | $865,643.80 |
| 03/11/2014 | 1011 | Luper Neidenthal & Logan | Order, Doc. 605 | 3110-000 | | $110,048.00 | $755,595.80 |
| 03/11/2014 | 1012 | Luper Neidenthal & Logan | Order, Doc. 605 | 3120-000 | | $3,741.01 | $751,854.79 |
| 03/11/2014 | 1013 | GBQ Partners | Order, Doc. 604 | 3410-000 | | $21,891.00 | $729,963.79 |
| 03/11/2014 | 1014 | GBQ Partners | Order, Doc. 604 | 3420-000 | | $90.00 | $729,873.79 |
| 04/16/2014 | ( 16) | CNA | Settlement Claim | 1249-000 | $250,000.00 | | $979,873.79 |
| 08/20/2014 | 1015 | GBQ Partners | Order, Doc. 631 | 3410-000 | | $15,022.50 | $964,851.29 |
| 08/25/2014 | ( 17) | Bricker & Eckler | Settlement Claim | 1249-000 | $65,000.00 | | $1,029,851.29 |
| | | | **SUBTOTALS** | | $1,504,922.82 | $475,071.53 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-64850-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | Bank Name: | BOK Financial |
| Primary Taxpayer ID #: | **-***4713 | Checking Acct #: | ******0128 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Account |
| For Period Beginning: | 12/21/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2014 | 1016 | Luper Neidenthal & Logan | September 16, 2014 Court Order, Docket 640 | 3110-000 | | $49,960.50 | $979,890.79 |
| 09/16/2014 | 1017 | William B. Logan Jr. | September 16, 2014 Court Order, Docket 640 | 3120-000 | | $17.00 | $979,873.79 |
| 12/16/2014 | 1018 | Insurance Partners Agency Inc. | 2014-2015 Bond | 2300-000 | | $1,021.92 | $978,851.87 |
| 02/12/2015 | ( 18) | LPN Health Care Facility | Escrow Split | 1229-000 | $258,103.57 | | $1,236,955.44 |
| 04/08/2015 | 1019 | Luper Neidenthal & Logan | Per 4/8/15 Court Order, Docket #654 | 3110-000 | | $31,257.50 | $1,205,697.94 |
| 04/08/2015 | 1020 | Luper Neidenthal & Logan | Per 4/8/15 Court Order, Docket #654 | 3120-000 | | $1,347.02 | $1,204,350.92 |
| 07/14/2015 | ( 19) | Reese Pyle & Meyer | Johnson Settlement | 1249-000 | $635,489.00 | | $1,839,839.92 |
| 07/14/2015 | 1021 | Internal Revenue Service | Claim #5 Settlement | 5800-000 | | $780,231.97 | $1,059,607.95 |
| 08/20/2015 | ( 19) | Stimson House Title Inc | Johnson Settlement | 1249-000 | $22,194.06 | | $1,081,802.01 |
| 09/14/2015 | 1022 | Luper Neidenthal & Logan | September 1, 2015 Court Order, Docket 678 | 3110-000 | | $53,253.75 | $1,028,548.26 |
| 09/14/2015 | 1023 | William B. Logan, Jr. | September 1, 2015 Court Order, Docket 678 | 3120-000 | | $477.04 | $1,028,071.22 |
| 09/23/2015 | ( 19) | Stimpson House Title, Inc. | Johnson Settlement | 1249-000 | $177,805.94 | | $1,205,877.16 |
| 09/24/2015 | | Transfer from Acct # xxxxxx0139 | Transfer of Funds - Johnson Settlement Funds | 9999-000 | $164,511.41 | | $1,370,388.57 |
| 09/25/2015 | 1024 | Autumn Care Center Llc | Settlement on Claim # 66 | 4110-000 | | $100,000.00 | $1,270,388.57 |
| 12/18/2015 | 1025 | Insurance Partners Agency Inc. | Invoice #222138 | 2300-000 | | $1,128.30 | $1,269,260.27 |
| 09/06/2017 | 1026 | William B. Logan, Jr. | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $107,956.60 | $1,161,303.67 |
| 09/06/2017 | 1027 | William B. Logan, Jr. | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $903.17 | $1,160,400.50 |
| 09/06/2017 | 1028 | United States Bankruptcy Court Cler | Adv. Pro. 12-02471 & Adv. Pro 13-2047 | 2700-000 | | $586.00 | $1,159,814.50 |
| 09/06/2017 | 1029 | Luper Neidenthal & Logan | Final distribution representing a payment of 6.15 % per court order. | 3110-000 | | $28,410.00 | $1,131,404.50 |
| 09/06/2017 | 1030 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 13 representing a payment of 100.00 % per court order. | 4800-000 | | $884.09 | $1,130,520.41 |
| 09/06/2017 | 1031 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 15 representing a payment of 100.00 % per court order. | 4800-000 | | $249.97 | $1,130,270.44 |
| 09/06/2017 | 1032 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 16 representing a payment of 100.00 % per court order. | 4800-000 | | $269,700.28 | $860,570.16 |

| | | | **SUBTOTALS** | | $1,258,103.98 | $1,427,385.11 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-64850-CMC | | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | | Bank Name: | BOK Financial |
| Primary Taxpayer ID #: | **-***4713 | | Checking Acct #: | ******0128 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | General Account |
| For Period Beginning: | 12/21/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2017 | 1033 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 17 representing a payment of 100.00 % per court order. | 4800-000 | | $1,043.57 | $859,526.59 |
| 09/06/2017 | 1034 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 18 representing a payment of 100.00 % per court order. | 4800-000 | | $225.99 | $859,300.60 |
| 09/06/2017 | 1035 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 19 representing a payment of 100.00 % per court order. | 4800-000 | | $111,060.92 | $748,239.68 |
| 09/06/2017 | 1036 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 20 representing a payment of 100.00 % per court order. | 4800-000 | | $10,960.01 | $737,279.67 |
| 09/06/2017 | 1037 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 23 representing a payment of 100.00 % per court order. | 4800-000 | | $441.41 | $736,838.26 |
| 09/06/2017 | 1038 | Ohio Bureau of Worker's Compensatio | Final distribution to claim 24 representing a payment of 100.00 % per court order. | 4800-000 | | $192.01 | $736,646.25 |
| 09/06/2017 | 1039 | Professionals Prn, Llc Dba Northsid | Final distribution to claim 47 representing a payment of 100.00 % per court order. | 6990-000 | | $25,000.00 | $711,646.25 |
| 09/06/2017 | 1040 | Ohio Department Of Job And Family S | Final distribution to claim 58 representing a payment of 100.00 % per court order. | 6990-000 | | $24,664.41 | $686,981.84 |
| 09/06/2017 | 1041 | Centers For Medicare & Medicaid Ser | Final distribution to claim 61 representing a payment of 100.00 % per court order. | 6990-000 | | $65,811.04 | $621,170.80 |
| 09/06/2017 | 1042 | Ohio Department Of Job And Family S | Final distribution to claim 63 representing a payment of 100.00 % per court order. | 6990-000 | | $207,291.47 | $413,879.33 |
| 09/06/2017 | 1043 | Alliance Rehab - SRA | Final distribution to claim 65 representing a payment of 100.00 % per court order. | 6990-000 | | $27,589.17 | $386,290.16 |
| 09/06/2017 | 1044 | Ohio Department Of Taxation | Final distribution to claim 9 representing a payment of 48.81 % per court order. | 5800-000 | | $47,768.48 | $338,521.68 |
| 09/06/2017 | 1045 | Ohio Department Of Taxation | Final distribution to claim 12 representing a payment of 48.81 % per court order. | 5800-000 | | $27,200.50 | $311,321.18 |
| 09/06/2017 | 1046 | Ohio Department Of Job And Family S | Final distribution to claim 41 representing a payment of 48.81 % per court order. | 5800-000 | | $68,237.20 | $243,083.98 |
| 09/06/2017 | 1047 | Ohio Bureau Of Workers Compensation | Final distribution to claim 42 representing a payment of 48.81 % per court order. | 5800-000 | | $62,475.86 | $180,608.12 |
| | | | **SUBTOTALS** | | $0.00 | $679,962.04 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-64850-CMC | | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | | Bank Name: | BOK Financial |
| Primary Taxpayer ID #: | **-***4713 | | Checking Acct #: | ******0128 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | General Account |
| For Period Beginning: | 12/21/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2017 | 1048 | Ohio Department Of Taxation | Final distribution to claim 45 representing a payment of 48.81 % per court order. | 5800-000 | | $103,147.85 | $77,460.27 |
| 09/06/2017 | 1049 | Department Of The Treasury- IRS | Final distribution to claim 55 representing a payment of 48.81 % per court order. | 5800-000 | | $328.25 | $77,132.02 |
| 09/06/2017 | 1050 | Ohio Department Of Taxation | Final distribution to claim 60 representing a payment of 48.81 % per court order. | 5800-000 | | $45,168.71 | $31,963.31 |
| 09/06/2017 | 1051 | Ohio Department Of Taxation | Final distribution to claim 62 representing a payment of 48.81 % per court order. | 5800-000 | | $31,963.31 | $0.00 |
| 12/30/2017 | 1049 | STOP PAYMENT: Department Of The Treasury- IRS | Final distribution to claim 55 representing a payment of 48.81 % per court order. | 5800-004 | | ($328.25) | $328.25 |
| 12/30/2017 | 1052 | Integrity Bank | Wire out of Funds | 9999-000 | | $328.25 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTALS:** | | | | $2,763,026.80 | $2,763,026.80 | $0.00 |
| **Less: Bank transfers/CDs** | | | | $1,354,434.23 | $328.25 | |
| **Subtotal** | | | | $1,408,592.57 | $2,762,698.55 | |
| **Less: Payments to debtors** | | | | $0.00 | $0.00 | |
| **Net** | | | | $1,408,592.57 | $2,762,698.55 | |

| For the period of 12/21/2009 to 3/18/2019 | | For the entire history of the account between 11/07/2012 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,408,592.57 | Total Compensable Receipts: | $1,408,592.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,408,592.57 | Total Comp/Non Comp Receipts: | $1,408,592.57 |
| Total Internal/Transfer Receipts: | $1,354,434.23 | Total Internal/Transfer Receipts: | $1,354,434.23 |
| | | | |
| Total Compensable Disbursements: | $2,762,698.55 | Total Compensable Disbursements: | $2,762,698.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,762,698.55 | Total Comp/Non Comp Disbursements: | $2,762,698.55 |
| Total Internal/Transfer Disbursements: | $328.25 | Total Internal/Transfer Disbursements: | $328.25 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-64850-CMC | |
| **Case Name:** | LPN Healthcare Facility Inc. | |
| **Primary Taxpayer ID #:** | **-***4713 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/21/2009 | |
| **For Period Ending:** | 3/18/2019 | |

| | |
|---|---|
| **Trustee Name:** | William B. Logan, Jr. |
| **Bank Name:** | BOK Financial |
| **Checking Acct #:** | ******0139 |
| **Account Title:** | Johnson Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2012 | | Estate of LPN Healthcare Facility I | Transfer by deposit (Park National Bank check no. 05451534) | 9999-000 | $164,511.41 | | $164,511.41 |
| 12/14/2012 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.23 | $164,402.18 |
| 01/16/2013 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $188.04 | $164,214.14 |
| 05/01/2013 | | Bank of Kansas City | Bank Service Charge Refund Refund of 12/14/12 bank service charge | 2600-000 | | ($109.23) | $164,323.37 |
| 05/01/2013 | | Bank of Kansas City | Bank Service Charge Refund Refund of 1/16/13 bank service charge | 2600-000 | | ($188.04) | $164,511.41 |
| 09/24/2015 | | Transfer to Acct # xxxxxx0128 | Transfer of Funds - Johnson Settlement Funds | 9999-000 | | $164,511.41 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTALS:** | | $164,511.41 | $164,511.41 | $0.00 |
| | **Less: Bank transfers/CDs** | | $164,511.41 | $164,511.41 | |
| | **Subtotal** | | $0.00 | $0.00 | |
| | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | **Net** | | $0.00 | $0.00 | |

| For the period of 12/21/2009 to 3/18/2019 | | For the entire history of the account between 11/07/2012 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $164,511.41 | Total Internal/Transfer Receipts: | $164,511.41 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $164,511.41 | Total Internal/Transfer Disbursements: | $164,511.41 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-64850-CMC | |
| Case Name: | LPN Healthcare Facility Inc. | |
| Primary Taxpayer ID #: | **-***4713 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/21/2009 | |
| For Period Ending: | 3/18/2019 | |

| | |
|---|---|
| Trustee Name: | William B. Logan, Jr. |
| Bank Name: | BOK Financial |
| Checking Acct #: | ******0150 |
| Account Title: | Special Trust Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2012 | | Estate of LPN Healthcare Facility I | Transfer by deposit (Park National Bank check no. 05451537) | 9999-000 | $194,812.11 | | $194,812.11 |
| 12/14/2012 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.34 | $194,682.77 |
| 01/16/2013 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.67 | $194,460.10 |
| 05/01/2013 | | Bank of Kansas City | Bank Service Charge Refund Refund of 12/14/12 bank service charge | 2600-000 | | ($129.34) | $194,589.44 |
| 05/01/2013 | | Bank of Kansas City | Bank Service Charge Refund Refund of 1/16/13 bank service charge | 2600-000 | | ($222.67) | $194,812.11 |
| 10/23/2013 | 3001 | Autumn Health Care, LLC | 9/25/13 Court Order, Doc 582 | 8500-000 | | $194,812.11 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $194,812.11 | $194,812.11 | $0.00 |
| **Less: Bank transfers/CDs** | $194,812.11 | $0.00 | |
| Subtotal | $0.00 | $194,812.11 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| Net | $0.00 | $194,812.11 | |

| For the period of 12/21/2009 to 3/18/2019 | | For the entire history of the account between 11/07/2012 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $194,812.11 | Total Internal/Transfer Receipts: | $194,812.11 |
| | | | |
| Total Compensable Disbursements: | $194,812.11 | Total Compensable Disbursements: | $194,812.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $194,812.11 | Total Comp/Non Comp Disbursements: | $194,812.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No. | 09-64850-CMC | Trustee Name: William B. Logan, Jr. |
| Case Name: | LPN Healthcare Facility Inc. | Bank Name: Park National Bank |
| Primary Taxpayer ID #: | **-***4713 | Checking Acct #: ******son) |
| Co-Debtor Taxpayer ID #: | | Account Title: DDA |
| For Period Beginning: | 12/21/2009 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 3/18/2019 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2012 | | Opening of account | Damages to be assessed against Michael Johnson Credit on 6/28/12 | 1249-000 | $164,456.30 | | $164,456.30 |
| 06/29/2012 | | interest | interest | 1270-000 | $0.45 | | $164,456.75 |
| 07/31/2012 | | interest | interest | 1270-000 | $14.27 | | $164,471.02 |
| 08/31/2012 | | interest | interest | 1270-000 | $13.83 | | $164,484.85 |
| 09/28/2012 | | interest | interest | 1270-000 | $12.49 | | $164,497.34 |
| 10/31/2012 | | interest | interest | 1270-000 | $11.93 | | $164,509.27 |
| 11/08/2012 | | interest | interest | 1270-000 | $2.14 | | $164,511.41 |
| 11/09/2012 | 54515 | Estate of LPN Healthcare Facility I | Transfer by check | 9999-000 | | $164,511.41 | $0.00 |
| | | | **TOTALS:** | | $164,511.41 | $164,511.41 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $164,511.41 | |
| | | | **Subtotal** | | $164,511.41 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $164,511.41 | $0.00 | |

| For the period of 12/21/2009 to 3/18/2019 | | For the entire history of the account between 11/09/2012 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $164,511.41 | Total Compensable Receipts: | $164,511.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $164,511.41 | Total Comp/Non Comp Receipts: | $164,511.41 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $164,511.41 | Total Internal/Transfer Disbursements: | $164,511.41 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-64850-CMC | | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4713 | | Checking Acct #: | ******4850 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/21/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 12/31/2017 | | BOK Financial | Wire in of Funds | 9999-000 | $328.25 | | $328.25 |
| 01/08/2018 | 3001 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed funds | 5800-001 | | $328.25 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $328.25 | $328.25 | $0.00 |
| **Less: Bank transfers/CDs** | $328.25 | $0.00 | |
| **Subtotal** | $0.00 | $328.25 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $328.25 | |

| For the period of 12/21/2009 to 3/18/2019 | | For the entire history of the account between 12/28/2017 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $328.25 | Total Internal/Transfer Receipts: | $328.25 |
| | | | |
| Total Compensable Disbursements: | $328.25 | Total Compensable Disbursements: | $328.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $328.25 | Total Comp/Non Comp Disbursements: | $328.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-64850-CMC | | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|---|
| Case Name: | LPN Healthcare Facility Inc. | | Bank Name: | Park National Bank |
| Primary Taxpayer ID #: | **-***4713 | | Checking Acct #: | ******ral) |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/21/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/18/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2012 | | Balance forward | Cash balance transfer from Chapter 11 to Chapter 7 | 1290-000 | $18.00 | | $18.00 |
| 11/09/2012 | 54515 | Estate of LPN Healthcare Facility I | Transfer by check | 9999-000 | | $18.00 | $0.00 |
| | | TOTALS: | | | $18.00 | $18.00 | $0.00 |
| | | Less: Bank transfers/CDs | | | $0.00 | $18.00 | |
| | | Subtotal | | | $18.00 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $18.00 | $0.00 | |

| **For the period of 12/21/2009 to 3/18/2019** | | **For the entire history of the account between 11/09/2012 to 3/18/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $18.00 | Total Compensable Receipts: | $18.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18.00 | Total Comp/Non Comp Receipts: | $18.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18.00 | Total Internal/Transfer Disbursements: | $18.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-64850-CMC | |
| **Case Name:** | LPN Healthcare Facility Inc. | |
| **Primary Taxpayer ID #:** | **-***4713 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/21/2009 | |
| **For Period Ending:** | 3/18/2019 | |

| | |
|---|---|
| **Trustee Name:** | William B. Logan, Jr. |
| **Bank Name:** | Park National Bank |
| **Checking Acct #:** | ******ral) |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $3,018,365.38 | $3,018,365.38 | $0.00 |

**For the period of 12/21/2009 to 3/18/2019**

| | |
|---|---|
| Total Compensable Receipts: | $3,018,365.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,018,365.38 |
| Total Internal/Transfer Receipts: | $1,714,086.00 |
| | |
| Total Compensable Disbursements: | $3,018,365.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,018,365.38 |
| Total Internal/Transfer Disbursements: | $1,714,086.00 |

**For the entire history of the case between 02/21/2012 to 3/18/2019**

| | |
|---|---|
| Total Compensable Receipts: | $3,018,365.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,018,365.38 |
| Total Internal/Transfer Receipts: | $1,714,086.00 |
| | |
| Total Compensable Disbursements: | $3,018,365.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,018,365.38 |
| Total Internal/Transfer Disbursements: | $1,714,086.00 |

/s/ WILLIAM B. LOGAN, JR.

WILLIAM B. LOGAN, JR.